IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.   Case No. CCB-16-0086

DONTAE SMALL

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _MAY 4 2016_ (date) at _3:00_ (time) before _HON. William Conelly_, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom _____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

April 29, 2016
Date

Beth P. Gesner
United States Magistrate Judge