FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAY 0 4 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

DONTAE SMALL

Case No. CCB-16-0086

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by ____Shari Silver, Esq., AFPD____, and the Government was represented by Assistant United States Attorney ____Sandra Wilkinson, Esq.____, it is

**ORDERED,** this __4th__ day of __May, 2016__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
William Connelly
United States Magistrate Judge